IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| CLARENCE EDWARD HAWKINS,<br>Plaintiff, | Civil Action No. 7:16-cv-00507 |
| v. | **MEMORANDUM OPINION** |
| UNKNOWN,<br>Defendant(s). | By: Michael F. Urbanski<br>United States District Judge |

Clarence Edward Hawkins, proceeding pro se, filed a civil rights complaint, pursuant to Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics, 403 U.S. 388 (1971). By Order entered January 18, 2017, the court directed plaintiff to submit within 20 days from the date of the Order submit an amended complaint to allege specific facts to state a claim upon which relief may be granted. Plaintiff was advised that a failure to comply would result in dismissal of this action without prejudice.

More than 20 days have elapsed, and plaintiff has failed to comply with the described conditions. Accordingly, the court dismisses the action without prejudice and strikes the case from the active docket of the court. Plaintiff may refile the claims in a separate action once plaintiff is prepared to comply with the noted conditions.

The Clerk is directed to send a copy of this Memorandum Opinion and accompanying Order to plaintiff.

ENTER: This 15th day of February, 2017.

/s/ Michael F. Urbanski
United States District Judge